# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE H. FORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs,<br>　　　　　Defendant. | 1:10-cv-01384 AWI GSA<br><br>ORDER REQUIRING PAYMENT OF FILING FEE |

　　　　On August 3, 2010, Plaintiff filed his complaint. (Doc. 1.) That same date, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. 3.) On August 5, 2010, the Court denied Plaintiff's application to proceed without prepayment of fees. (Doc. 4.)

　　　　Accordingly, Plaintiff is HEREBY ORDERED to pay the $350.00 filing fee within thirty (30) days of the date of this Order. **Failure to comply with this Order will result in a recommendation that this action be dismissed.**

　　　　IT IS SO ORDERED.

　　　　Dated:　**August 9, 2010**　　　　　　　　　／s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1