IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE H. FORD,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS<br><br>    Defendant. | Case No.: 1:10-cv-01384 AWI JLT<br><br>ORDER DENYING MOTION FOR ALL HEARINGS TO BE HELD IN FRESNO AS MOOT AND ON RIPENESS GROUNDS<br><br>(Doc. 13) |

Before the Court is Plaintiff's motion requesting that all court hearing occur in Fresno. (Doc. 13) Plaintiff contends that due to various medical problems, travel to the courthouse in Fresno is burdensome and that travel to hearings held elsewhere is more so. Id.

The only hearing scheduled in his case is the mandatory scheduling conference. (Doc. 9) This conference, which is generally conducted telephonically, is scheduled to occur in Bakersfield. Plaintiff and the defendant's counsel are granted permission to appear by telephone from their own locations. Therefore, because no travel is required for this conference, Plaintiff's motion is moot.

It is anticipated that future hearings in this case will be scheduled in Fresno. However, unless and until future hearings are scheduled, the Court cannot determine where they will be held.

IT IS SO ORDERED.

Dated:   **September 30, 2010**                              **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE

1